# UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
#### ORLANDO DIVISION

**DRAMISHA JACKSON,**

        **Plaintiff,**

**-vs-**          Case No. 6:04-cv-1883-Orl-19KRS

**SAVANNAH COURT, LLC,**

        **Defendant.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **DEFENDANT'S MOTION TO ALLOW TELEPHONE APPEARANCE FOR PRELIMINARY PRETRIAL CONFERENCE OR, ALTERNATIVELY, FOR CONTINUANCE OF THE PRETRIAL CONFERENCE (Doc. No. 22)** |
| **FILED:** | **July 19, 2005** |

**THEREON** it is **ORDERED** that the motion is **GRANTED** in part.

The motion to continue the preliminary pretrial conference is **GRANTED**, but the motion is otherwise **DENIED**. It is essential that counsel appear in person at the preliminary pretrial conference in order to prepare the Case Management Report, if the report is not filed before the date of the conference. Counsel may confer with each other and jointly contact my courtroom deputy clerk, Samantha Daniels, at 407/835-4320 to schedule another date and time for the conference, but the conference must be completed on or before July 29, 2005. Counsel shall confer with Ms. Daniels on or before July 22, 2005 to reschedule the conference.

    **DONE** and **ORDERED** in Orlando, Florida on July 20, 2005.

                                        *Karla R. Spaulding*
                                        KARLA R. SPAULDING
                                UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties